OPINION — AG — THE AGENCY FOR SURPLUS PROPERTY DOES HAVE THE AUTHORITY TO RECALL DONATED PROPERTY AFTER MORE THAN ONE YEAR PERIOD IN WHICH DONEES MUST COMPLY WITH 41 FEDERAL PROPERTY MANAGEMENT REGULATIONS SECT. 101-44.202(C) 4 AND 44.208(A) 2, WHERE SUCH RECALL IS BASED ON OTHER USE RESTRICTIONS PROMULGATED BY THE GENERAL SERVICES ADMINISTRATION, EXCEPT FOR PROPERTY DONATED BEFORE OCTOBER 17, 1977 CITE: PLAN OF OPERATION FOR THE OKLAHOMA STATE AGENCY FOR SURPLUS PROPERTY (WILLIAM W. GORDEN JR)